NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN T. KING,**
*Claimant-Appellant*

v.

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2014-7087

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-949, Judge Alan G. Lance Sr., Judge Lawrence B. Hagel, Judge Margaret C. Bartley.

---

**JUDGMENT**

---

KARL A. KAZMIERCZAK, Kazmierczak & Kazmierczak, LLP, Oakland, NJ, argued for claimant-appellant.

DOMENIQUE GRACE KIRCHNER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by JOYCE R. BRANDA, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR.; DAVID J. BARRANS, RACHAEL BRANT, Office of General Counsel,

United States Department of Veterans Affairs, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 April 8, 2015 
Date

/s/  Daniel  E.  O'Toole
Daniel E. O'Toole
Clerk of Court